# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVENPORT, BRIAN MICHAEL | § | Case No. 13-12920 SBB |
| DAVENPORT, SELAH BENAY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/John C. Smiley _____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-12920 | SBB | Judge: SIDNEY B. BROOKS | | Trustee Name: | John C. Smiley |
|---|---|---|---|---|---|---|
| Case Name: | DAVENPORT, BRIAN MICHAEL | | | | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | DAVENPORT, SELAH BENAY | | | | 341(a) Meeting Date: | 04/02/13 |
| For Period Ending: | 02/11/14 | | | | Claims Bar Date: | 07/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19410 E. Mann Dr. Unit D Parker, CO 80134 Date Pur | 221,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand Estimate | 1.00 | 0.25 | | 0.00 | FA |
| Cash On Hand Estimate | | | | | |
| 3. 1st Bank Business Checking Account xxxx2273 Estima | 0.00 | 0.00 | | 0.00 | FA |
| 1st Bank Business Checking Account xxxx2273 Estimate negative | | | | | |
| 4. ING Direct Checking Account xxxx9159 Estimate nega | 0.00 | 0.00 | | 0.00 | FA |
| ING Direct Checking Account xxxx9159 Estimate negative | | | | | |
| 5. ING Direct Savings Account xxxx9159 Estimate | 1.00 | 0.25 | | 0.00 | FA |
| ING Direct Savings Account xxxx9159 Estimate | | | | | |
| 6. Nationwide Bank Checking Account xxxx1383 Estimate | 0.97 | 0.24 | | 0.00 | FA |
| Nationwide Bank Checking Account xxxx1383 Estimate | | | | | |
| 7. US Bank Checking Account xxxx3625 Estimate | 250.00 | 62.50 | | 0.00 | FA |
| US Bank Checking Account xxxx3625 Estimate | | | | | |
| 8. Sofa, loveseat, 3 televisions, DVD player, persona | 950.00 | 0.00 | | 0.00 | FA |
| Sofa, loveseat, 3 televisions, DVD player, personal computer, video game system, coffee table, dining table, chairs, refrigerator, freezer, stove, microwave, washing machine, dryer, dishes, silverware, pots, pans, cookware, 3 beds, dresser, nightstands, lamps and cellular telephone. | | | | | |
| 9. Books and DVD's | 25.00 | 0.00 | | 0.00 | FA |
| Books and DVD's | | | | | |
| 10. Adult clothing | 200.00 | 0.00 | | 0.00 | FA |
| Adult clothing | | | | | |
| 11. Wedding rings, rings, watches, earrings, necklaces | 500.00 | 0.00 | | 0.00 | FA |
| Wedding rings, rings, watches, earrings, necklaces and costume jewelry | | | | | |
| 12. Camera and camcorder | 150.00 | 150.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 13-12920 SBB Judge: SIDNEY B. BROOKS | Trustee Name: | John C. Smiley |
|---|---|---|---|
| Case Name: | DAVENPORT, BRIAN MICHAEL | Date Filed (f) or Converted (c): | 02/28/13 (f) |
| | DAVENPORT, SELAH BENAY | 341(a) Meeting Date: | 04/02/13 |
| | | Claims Bar Date: | 07/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Camera and camcorder | | | | | |
| 13. Nationwide Term Life Insurance No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| Nationwide Term Life Insurance No Cash Value | | | | | |
| 14. Nationwide Term Life Insurance No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| Nationwide Term Life Insurance No Cash Value | | | | | |
| 15. Charles Schwab 401K | 24,232.41 | 0.00 | | 0.00 | FA |
| Charles Schwab 401K | | | | | |
| 16. 1998 Nissan Altima 177,000 miles, fair condition N | 1,575.00 | 0.00 | | 0.00 | FA |
| 1998 Nissan Altima 177,000 miles, fair condition NADA Value | | | | | |
| 17. 2005 Dodge Grand Caravan 102,000 miles, fair condi | 3,275.00 | 0.00 | | 0.00 | FA |
| 2005 Dodge Grand Caravan 102,000 miles, fair condition NADA Value | | | | | |
| 18. Dog | 0.00 | 0.00 | | 0.00 | FA |
| Dog | | | | | |
| 19. Wages Estimate | 2,040.00 | 510.00 | | 510.00 | FA |
| Wages Estimate | | | | | |
| 20. Income Tax Refunds | 0.00 | 3,706.00 | | 3,586.03 | FA |
| 2012 non exempt tax refunds | | | | | |
| 21. Non Exempt Earned Unpaid Wages (u) | 0.00 | 233.00 | | 232.98 | FA |
| Additional non exempt wages not scheduled | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $254,200.38      $4,662.24      $4,329.01      $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-12920   SBB   Judge: SIDNEY B. BROOKS | Trustee Name:   John C. Smiley |
| Case Name: | DAVENPORT, BRIAN MICHAEL | Date Filed (f) or Converted (c):   02/28/13 (f) |
| | DAVENPORT, SELAH BENAY | 341(a) Meeting Date:   04/02/13 |
| | | Claims Bar Date:   07/08/13 |

Initial Projected Date of Final Report (TFR): 09/04/13    Current Projected Date of Final Report (TFR): 09/04/14

      /s/    John C. Smiley
_____  Date: 02/11/14
      JOHN C. SMILEY

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 13-12920 -SBB |
| Case Name: | DAVENPORT, BRIAN MICHAEL |
| | DAVENPORT, SELAH BENAY |
| Taxpayer ID No: | *******7314 |
| For Period Ending: | 02/11/14 |

| | |
|---|---|
| Trustee Name: | John C. Smiley |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******4315  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 84,132,847.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/13 | 20 | Brian Davenport<br>19410 E Mann Creek Dr. Apt D<br>Parker, CO 80134-4890 | NE Tax Refunds<br>Non Exempt Tax Refunds | 1124-000 | 3,586.03 | | 3,586.03 |
| 05/06/13 | 21 | Brian Davenport<br>19410 E Mann Creek Drive<br>Apartment D<br>Parker, CO 80134-4890 | Non Exempt Wages<br>Non exempt wage deposits | 1229-000 | 123.83 | | 3,709.86 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,694.86 |
| 06/14/13 | 19 | Brian Davenport<br>19410 E Mann Creek Dr., Apt. D<br>Parker, CO 80134-4890 | Wages | 1129-000 | 123.83 | | 3,818.69 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,803.69 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,788.69 |
| 07/30/13 | 19 | Brian Davenport<br>19410 E Mann Creek Dr., Apt D<br>Parker, CO 80134-4890 | NE Wage Installment | 1129-000 | 123.83 | | 3,912.52 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,897.52 |
| 09/25/13 | 19 | Brian Davenport<br>19410 E Mann Creek Dri<br>Apartment D<br>Parker, CO 80134-4890 | Non Exempt Wages<br>Non exempt wage deposits | 1129-000 | 123.83 | | 4,021.35 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,006.35 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,991.35 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,976.35 |
| 12/12/13 | 030002 | INTERNATIONAL SURETIES, LTD<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond Premium Payment<br>Bond #016027974 | 2300-000 | | 4.65 | 3,971.70 |
| | | | Page Subtotals | | 4,081.35 | 109.65 | |

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 13-12920 -SBB |
| Case Name: | DAVENPORT, BRIAN MICHAEL |
| | DAVENPORT, SELAH BENAY |
| Taxpayer ID No: | *******7314 |
| For Period Ending: | 02/11/14 |

| | |
|---|---|
| Trustee Name: | John C. Smiley |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******4315  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 84,132,847.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/16/13 | 19 | BRIAN MICHAEL DAVENPORT 19410 E. MANN CREEK DR. UNIT D PARKER, CO  80134 | NE Wages Scheduled | 1129-000 | 123.83 | | 4,095.53 |
| 12/16/13 | | BRIAN MICHAEL DAVENPORT 19410 E. MANN CREEK DR. UNIT D PARKER, CO  80134 | NE Wages Sched and Unsched | | 123.83 | | 4,219.36 |
| | 19 | DAVENPORT, BRIAN MICHAEL | Memo Amount:          14.68 NE Wages Scheduled | 1129-000 | | | |
| | 21 | DAVENPORT, BRIAN MICHAEL | Memo Amount:         109.15 NE Wages Unscheduled | 1229-000 | | | |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,204.36 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,189.36 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 123.83 | COLUMN TOTALS | 4,329.01 | 139.65 | 4,189.36 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 4,329.01 | 139.65 | |
| Memo Allocation Net: | 123.83 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 4,329.01 | 139.65 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 123.83 | TOTAL - ALL ACCOUNTS | 4,329.01 | 139.65 | 4,189.36 |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - ********4315 | | | |
| Total Memo Allocation Net: | 123.83 | | 4,329.01 | 139.65 | 4,189.36 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     247.66     30.00

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-12920 -SBB | | Trustee Name: | John C. Smiley |
|---|---|---|---|---|
| Case Name: | DAVENPORT, BRIAN MICHAEL | | Bank Name: | UNION BANK |
| | DAVENPORT, SELAH BENAY | | Account Number / CD #: | *******4315  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7314 | | | |
| For Period Ending: | 02/11/14 | | Blanket Bond (per case limit): | $ 84,132,847.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 11, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-12920  
Debtor Name: DAVENPORT, BRIAN MICHAEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003<br>040<br>5800-00 | Colorado Department of Revenue<br>1375 Sherman St. Rm 504<br>Denver, CO 80261 | Priority | | $1,025.00 | $0.00 | $1,025.00 |
| 000001<br>070<br>7100-00 | Metro Path<br>7444 W. Alaska Dr. #250<br>Lakewood, CO 80226-3326 | Unsecured | | $26.76 | $0.00 | $26.76 |
| 000002<br>070<br>7100-00 | New Sky Ridge Medical Ce<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602 | Unsecured | | $349.00 | $0.00 | $349.00 |
| 000003A<br>070<br>7100-00 | COLORADO DEPARTMENT OF REVENUE<br>1375 Sherman St, Rm 504<br>Denver CO 80261-0004 | Unsecured | | $23.00 | $0.00 | $23.00 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $455.50 | $0.00 | $455.50 |
| 000005<br>070<br>7100-00 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $3,763.50 | $0.00 | $3,763.50 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $10,805.94 | $0.00 | $10,805.94 |
| 000007<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $13,134.69 | $0.00 | $13,134.69 |
| 000008<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,220.23 | $0.00 | $1,220.23 |
| 000009<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $4,374.99 | $0.00 | $4,374.99 |

| Page 2 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 11, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-12920  
Debtor Name: DAVENPORT, BRIAN MICHAEL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | Revenue Enterprises<br>PO Box 441368<br>Aurora, CO 80044 | Unsecured | | $584.14 | $0.00 | $584.14 |
| 000011<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $5,693.72 | $0.00 | $5,693.72 |
| 000012<br>070<br>7100-00 | Credit First N A<br>PO Box 818011<br>Cleveland, Ohio 44181 | Unsecured | | $987.30 | $0.00 | $987.30 |
| 000013<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,465.61 | $0.00 | $1,465.61 |
| 000014<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $810.82 | $0.00 | $810.82 |
| 000015<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $962.61 | $0.00 | $962.61 |
| 000016<br>070<br>7100-00 | Deutsche Bank ELT Academic Loan Group Inc<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Unsecured | | $61,773.11 | $0.00 | $61,773.11 |
| 000017<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,452.69 | $0.00 | $2,452.69 |
| 000018<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,169.77 | $0.00 | $1,169.77 |
| 000019<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $534.12 | $0.00 | $534.12 |
| 000020<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $3,122.00 | $0.00 | $3,122.00 |

| | | EXHIBIT A | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: February 11, 2014 |

Case Number: 13-12920  
Debtor Name: DAVENPORT, BRIAN MICHAEL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000021 070 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $1,593.22 | $0.00 | $1,593.22 |
| | Case Totals: | | | $116,327.72 | $0.00 | $116,327.72 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-12920 SBB
Case Name: DAVENPORT, BRIAN MICHAEL
   DAVENPORT, SELAH BENAY
Trustee Name: John C. Smiley

   Balance on hand                                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John C. Smiley | $ | $ | $ |
| Trustee Expenses: John C. Smiley | $ | $ | $ |

   Total to be paid for chapter 7 administrative expenses      $_____
   Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Colorado Department of Revenue | $ | $ | $ |

  Total to be paid to priority creditors  $_____

  Remaining Balance  $_____

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Metro Path | $ | $ | $ |
| 000002 | New Sky Ridge Medical Ce | $ | $ | $ |
| 000004 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000005 | First National Bank of Omaha | $ | $ | $ |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000008 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000009 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000010 | Revenue Enterprises | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000012 | Credit First N A | $ | $ | $ |
| 000013 | Capital Recovery V, LLC | $ | $ | $ |
| 000014 | Capital Recovery V, LLC | $ | $ | $ |
| 000015 | American Express Bank, FSB | $ | $ | $ |
| 000016 | Deutsche Bank ELT Academic Loan Group Inc | $ | $ | $ |
| 000017 | American Express Centurion Bank | $ | $ | $ |
| 000018 | Capital One, N.A. | $ | $ | $ |
| 000019 | Capital One, N.A. | $ | $ | $ |
| 000020 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000021 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 000003A | COLORADO DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE